**The relief described hereinbelow is SO ORDERED.**



**Signed October 30, 2020.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: § § | CASE NO. 20-30960-HCM |
| JOHN D. GABRIEL § § DEBTOR(S) § § | CHAPTER 13 |

**AGREED ORDER ON OBJECTION TO PLAN
(THIS ORDER RESOLVES DOCKET # 13)**

Harley-Davidson Credit Corp (hereinafter referred to as "HDCC"), who is the current holder of Promissory Note and Consumer Security Agreement which is secured by a 2019 HARLEY-DAVIDSON FLTRU ROAD GLIDE ULT, VIN: 1HD1KGF38KB613739 (the "Collateral"), and Debtor(s), by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by HDCC.

**IT IS THEREFORE ORDERED THAT:**

1. This agreed order shall provide for the treatment and payment of Harley-Davidson Credit Corp's claim #7 filed in the amount of $27,573.59; and the claim shall be paid together with 5.5% interest as filed under the Debtor(s) confirmed plan.

2. This order shall be binding on both the debtor(s) and the creditor for the purposes of confirmation of a chapter plan in this case; the terms of this order shall govern and shall be incorporated into the order confirming the plan.

###

AGREED TO AND APPROVED BY:

_/s/Edgar Borrego_____  
Edgar J. Borrego / TXBN _____  
Tanzy & Borrego Law Offices  
2610 Montana Ave.  
El Paso, TX 79903  
(915) 566-4300  
Attorney for Debtors

_/s/Chandra D. Pryor_____  
Michael J. Burns / TXBN 24054447  
Chandra D. Pryor / CABN 320903  
Bonial & Associates, P.C.  
Attorneys and Counselors  
14841 Dallas Parkway, Suite 425  
Dallas, Texas 75254  
(972) 643-6600 / (972) 643-6698 (Telecopier)  
E-mail: BkcyAttorneys@BonialPC.com  
Attorney for Harley-Davidson Credit Corp

/s/Lucy Zavala_____  
Lucy Zavala /  
Stuart C. Cox /  
1760 N. Lee Trevino Dr.  
El Paso, Texas 79936  
Staff Attorney  
Chapter 13 Trustee